UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 3:13-cv-04049-M ) ) |
| v. | ) ) |
| JNJ PROPERTY, L.P., a Texas Limited Partnership, | ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,                      Respectfully Submitted,

*/s/ Jeff A. Wells*
Jeff A. Wells, Esq.
Texas Bar Number: 24056511
Wells Crosland, PLLC
12225 Greenville Ave., Suite 700
Dallas, Texas 75243
Tel: (214) 810-5401
Fax: (214) 988-5794
*Attorney for Plaintiff*

Dated: 4/16/14

*/s/ Stephanie Harrison*
Stephanie Harrison, Esq.
Texas Bar No. 24035708
Cantey Hanger, LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Tel: (817) 877-2800
Fax: (817) 877-2807
*Attorney for Defendant*

Dated: 4/16/14

1